PAUL SWIDERSKI, Respondent, *v.* ABE STEINHORN et al., Doing Business as OWNERS OF GRAND MOUNTAIN HOTEL, Appellants.

Submitted December 1, 1943, decided January 6, 1944.

*B. G. Barton* for appellants.

*Myron Wisoff* and *Sylvia Miller* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.